In the Matter of MARY E. CARRIERO et al., Appellants, v TOWN BOARD OF THE TOWN OF STILLWATER et al., Respondents.

Submitted March 23, 2009; decided May 7, 2009

Motion for leave to appeal, insofar as made by Mary E. Carriero and Olympia D'Amico, dismissed upon the ground that it does not lie (*see* CPLR 5602, 5611). As to them, the February 13, 2009 judgment of Supreme Court did not dispose of any issues beyond those resolved by the June 14, 2007 Appellate Division order, which was final as to them and from which they previously sought leave to appeal in a motion the Court of Appeals denied on November 20, 2007 (9 NY3d 980 [2007]). Mo-

tion for leave to appeal otherwise dismissed upon the ground that the remaining movants are not parties aggrieved (*see* CPLR 5511).